1  Joshua L. Benson, Esq.
   Nevada Bar No. 10514
2  BENSON ALLRED
   333 N. Rancho Drive, Suite 420
3  Las Vegas, Nevada 89106
   Telephone: (702) 820-0000
4  Facsimile: (702) 820-1111
   josh@bensonallred.com
5  *Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| LISA ALIQUO, individually,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>THE HERTZ CORPORATION; DOE DRIVER; DOE EMPLOYEES 1 through 10, inclusive; and ROE ENTITIES 11 through 20, inclusive,<br><br>　　　　　Defendants. | Case No.: 2:25-cv-02010-JAD-NJK<br>**ORDER GRANTING**<br>**<u>SUBSTITUTION OF ATTORNEY</u>** |

**<u>SUBSTITUTION OF ATTORNEY</u>**

　　　Plaintiff, LISA ALIQUO, hereby substitutes Joshua L. Benson, Esq., of the law firm of BENSON ALLRED INJURY LAW, 333 N. Rancho Drive, Suite 420, Las Vegas, NV 89106, as attorney of record in place and stead of Randolph L. Westbrook, Esq., of LERNER & ROWE INJURY ATTORNEYS.

　　　DATED: 11/17/2025　　　　　　　　　*Lisa Aliquo*
　　　　　　　　　　　　　　　　　　　　　Lisa Aliquo (Nov 17, 2025 16:52:38 PST)
　　　　　　　　　　　　　　　　　　　　　Lisa Aliquo, Plaintiff

　　　I consent to the above substitution.

　　　　　　　　　　　　　　　　　　SIGNATURE ON NEXT PAGE

　　　DATED: _____　　　　　_____
　　　　　　　　　　　　　　　　　　　Randolph L. Westbrook, Esq., Lerner & Rowe Injury Attorneys

///
///
///
///
///
///
///

1

1  Joshua L. Benson, Esq.
   Nevada Bar No. 10514
2  BENSON ALLRED
   333 N. Rancho Drive, Suite 420
3  Las Vegas, Nevada 89106
   Telephone: (702) 820-0000
4  Facsimile: (702) 820-1111
   josh@bensonallred.com
5  *Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| LISA ALIQUO, individually,<br><br>　　　　Plaintiff,<br>vs.<br><br>THE HERTZ CORPORATION; DOE DRIVER; DOE EMPLOYEES 1 through 10, inclusive; and ROE ENTITIES 11 through 20, inclusive,<br><br>　　　　Defendants. | Case No.: 2:25-cv-02010-JAD-NJK<br><br>**SUBSTITUTION OF ATTORNEY** |

**SUBSTITUTION OF ATTORNEY**

　　Plaintiff, LISA ALIQUO, hereby substitutes Joshua L. Benson, Esq., of the law firm of BENSON ALLRED INJURY LAW, 333 N. Rancho Drive, Suite 420, Las Vegas, NV 89106, as attorney of record in place and stead of Randolph L. Westbrook, Esq., of LERNER & ROWE INJURY ATTORNEYS.

　　DATED: _____　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　Lisa Aliquo, Plaintiff

　　I consent to the above substitution.

　　DATED: 11.20.25　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　Randolph L. Westbrook, Esq., Lerner & Rowe Injury Attorneys

///
///
///
///
///
///

1

Case No.: 2:25-cv-02010-JAD-NJK

I, am duly admitted to practice in this District. Above substitution accepted.

DATED: 11/20/25

_____
Joshua L. Benson, Esq. BENSON ALLRED INJURY LAW

Please check one: __X__ RETAINED, or _____ APPOINTED BY THE COURT

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

Dated: November 21, 2025

2