# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

Lisa Aliquo,

      Plaintiff,

v.

The Hertz Corporation, et al.,

      Defendants.

Case No.: 2:25-cv-02010-JAD-NJK

**Order**

[Docket No. 8]

On November 21, 2025, Plaintiff filed a notice of 26(f) conference. Docket No. 8. Discovery-related documents must be <u>served</u> on the affected party, not <u>filed</u> on the docket, unless ordered by the Court. Local Rule 26-7; Fed. R. Civ. P. 5(d)(1)(A). No such order has been entered in this case. Accordingly, the Court **STRIKES** the above-referenced document, and instructs the parties to refrain from filing discovery documents on the docket in the future absent a Court order that they do so.

      IT IS SO ORDERED.

      Dated: November 21, 2025.

_____

NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE